CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT 15 2010
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL SHAWN BENTON, ) | Civil Action No. 7:10-cv-00458 |
|     Petitioner, ) | |
| ) | **FINAL ORDER** |
| v. ) | |
| ) | By:  Hon. Jackson L. Kiser |
| COMMONWEALTH OF VIRGINIA, ) |        Senior United States District Judge |
|     Respondent. ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** for failure to exhaust state court remedies; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 15th day of October, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge